IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEREMY HAWKINS
ADC #129150                                                                PETITIONER

VS.                          CASE NO. 2:17-CV-00084-JM-BD

STATE OF ARKANSAS                                                          RESPONDENT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Hawkins has not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, the case is dismissed without prejudice. All pending motions are DENIED as moot.

IT IS SO ORDERED, this 12th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE